**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 13, 2020

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020

Re:     *Informed Consent Action Network v. Centers for Disease Control and
         Prevention*, 20 Civ. 6177 (JGK)

Dear Judge Koeltl:

This Office represents defendant Centers for Disease Control and Prevention ("CDC") in
the above-referenced Freedom of Information Act ("FOIA") lawsuit commenced by plaintiff
Informed Consent Action Network ("Plaintiff"). After meeting and conferring with counsel for
Plaintiff on October 30, 2020 and again yesterday, I write respectfully on behalf of the parties to
request that the initial pretrial conference scheduled for November 17, 2020, at 2:30 p.m. be
adjourned without date.  Plaintiff's counsel consents to this request.

Over the last several weeks, the parties have been in discussions regarding Plaintiff's
FOIA request in an attempt to reach a consensual resolution regarding the scope of that request
and the timing of any agreed-upon production.  If the parties are able to reach a resolution, the
parties will submit for the Court's approval a stipulation and order regarding the scope of the
request and a proposed timetable for CDC's processing and production of non-exempt records.
If the parties cannot reach agreement, the parties will seek the Court's assistance in resolving the
issue.  Accordingly, the parties request that the initial pretrial conference be adjourned without
date, and propose that the parties be granted leave to file a joint status update of their
negotiations within 30 days after the Court has ruled on the instant letter motion.

We thank the Court for its consideration of this letter.

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

11/13/20-

Case 1:20-cv-06177-JGK   Document 10   Filed 11/13/20   Page 2 of 2
Case 1:20-cv-06177-JGK   Document 11   Filed 11/13/20   Page 2 of 2

Page 2

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:    _/s/ Tomoko Onozawa_
        TOMOKO ONOZAWA
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2721
        Fax: (212) 637-2686
        E-mail: tomoko.onozawa@usdoj.gov

cc:    **via ECF**
       All Counsel of Record