

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 13, 2021

<table>
<tr><td>

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

</td><td>

Application granted.
SO ORDERED
                /s/ John G. Koeltl
January 14, 2021   John G. Koeltl
New York, NY         U.S.D.J.

</td></tr>
</table>

      Re:   *Informed Consent Action Network v. Centers for Disease Control and Prevention*, 20 Civ. 6177 (JGK)

Dear Judge Koeltl:

      This Office represents defendant Centers for Disease Control and Prevention ("CDC") in the above-referenced Freedom of Information Act ("FOIA") lawsuit commenced by plaintiff Informed Consent Action Network ("Plaintiff"). After meeting and conferring with counsel for Plaintiff today, I write respectfully on behalf of the parties to request that the status report due tomorrow, January 14, 2021 [ECF No. 13], be extended by two weeks, to January 28, 2021. Plaintiff's counsel consents to this request. This is the parties' second request for an extension of time to submit a joint status report.

      Since the parties' last letter to the Court dated December 14, 2020 [ECF No. 12], the parties have continued their discussions regarding Plaintiff's FOIA request in an attempt to reach a consensual resolution regarding the scope of that request and the timing of any agreed-upon production. As we have previously represented to the Court, if the parties are able to reach a resolution, the parties will submit for the Court's approval a stipulation and order regarding the scope of the request and a proposed timetable for CDC's processing and production of non-exempt records. If the parties cannot reach agreement, the parties will seek the Court's assistance in resolving the issue. Accordingly, the parties request that they be granted leave to file a joint status update of their negotiations on or before January 28, 2021.

      We thank the Court for its consideration of this letter.

           Respectfully,

           AUDREY STRAUSS
           Acting United States Attorney

By:  */s/ Tomoko Onozawa*
           TOMOKO ONOZAWA
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007
           Tel.: (212) 637-2721
           Fax: (212) 637-2686
           E-mail: tomoko.onozawa@usdoj.gov

cc: **via ECF**
   All Counsel of Record