UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INFORMED CONSENT ACTION NETWORK,
                Plaintiff,

- against -

CENTERS FOR DISEASE CONTROL AND
PREVENTION,
                Defendant.

20-cv-6177 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should provide the Court with a status update by **February 4, 2022**.

SO ORDERED.
Dated:    New York, New York
            January 21, 2022

                                          John G. Koeltl
                                 United States District Judge