

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 3, 2022

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/4/22

Re:   *Informed Consent Action Network v. Centers for Disease Control and Prevention*, 20 Civ. 6177 (JGK)

Dear Judge Koeltl:

This Office represents defendant Centers for Disease Control and Prevention ("CDC") in the above-referenced Freedom of Information Act ("FOIA") lawsuit commenced by plaintiff Informed Consent Action Network ("Plaintiff"). I write respectfully to request that the status report due tomorrow, February 4, 2022 [ECF No. 20], be extended by one week, to February 11, 2022. Plaintiff's counsel consents to this request. This is the parties' first request for an extension of time to submit a joint status report.

Since the parties' last letter to the Court dated January 28, 2021 [ECF No. 16], the parties have obtained a Court-approved stipulation and order regarding the scope of the request and a proposed timetable for CDC's processing and production of non-exempt records. CDC has completed its processing and production of those records. Plaintiff has asked for supplemental information relating to CDC's withholdings of a subset of those records and the production of additional records. The one-week extension is requested due to the undersigned attorney's press of business and to permit CDC additional time to consider its responses to Plaintiff's requests. Accordingly, the parties request that they be granted leave to file a joint status update on or before February 11, 2022.

We thank the Court for its consideration of this letter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Tomoko Onozawa*
TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2721
E-mail: tomoko.onozawa@usdoj.gov

cc:   All Counsel of Record (via ECF)